NORCOTT, J., did not participate in the consideration or decision of this cross petition.

*Christine Collyer*, special deputy assistant state's attorney, in support of the cross petition.

Decided May 17, 2005

## IN RE JERMAINE S. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 86 Conn. App. 819 (AC 25065), is denied.

*Tiffany W.*, pro se, in support of the petition.

Decided May 17, 2005

## STATE OF CONNECTICUT *v.* DANIEL SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 754 (AC 20812), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 17, 2005

## STATE OF CONNECTICUT *v.* ROBERT KALMAN

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 125 (AC 23653), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.